FILED & ENTERED

FEB 24 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Peter Emanuel Kvassay<br><br>                    Debtor(s). | Case No. 2: 12-40267-DS<br><br>Adversary No. 2:16-01499-DS<br><br>Chapter: 7 |
| Peter Emanuel Kvassay<br>                    Plaintiff(s),<br><br>vs.<br><br>Robert Victor Kvassay, Trustee Kvassay Family Trust dated February 26, 1993; Robert V. Kvassay, an individual<br><br>                    Defendant(s). | **ORDER AND NOTICE OF STATUS CONFERENCE RE ADVERSARY COMPLAINT**<br><br>Date: April 11, 2017<br>Time: 2:00 p.m.<br>Courtroom: 1639, 16th floor |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Status Conference regarding the above entitled Adversary complaint, has been set by the court and is scheduled for April 11, 2017 at 2:00 p.m. before the Honorable Deborah Saltzman, in Courtroom 1639 on the 16th floor

Order and Notice of Status Conference
-1-

1   of the United States Bankruptcy Court, Federal Roybal Building located at 255 E. Temple
2   Street, Los Angeles California 90012.

3
    The parties shall submit a status report 14 days in advance of the hearing.
4

5                                          ###

Date: February 24, 2017

_____
Deborah J. Saltzman
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Matthew C Brown
Law Office of Matthew C Brown
790 E Green St
Pasadena, CA 91101

Kvassay Family Trust
1554 Hill Drive
Los Angeles, CA 90041

Mark L Russakow on behalf of Defendant Robert Victor Kvassay
760 East Green Street
Pasadena, CA 91101

Date:  2/24/17              Signature:  /s/  Elaine L. Garcia

                            Deputy Clerk:   Elaine L.  Garcia