TROY A. STEWART, SBN 135764
P.O. Box 390
Glendale, California 91209-0390
Telephone: (626) 616-9474
Email: stewart1985@lawnet.ucla.edu

Attorney for Debtor and Plaintiff
PETER EMANUEL KVASSAY

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER EMANUEL KVASSAY,<br><br>                Debtor.<br><br>PETER EMANUEL KVASSAY,<br><br>                Plaintiff,<br><br>   vs.<br><br>ROBERT V. KVASSAY, TRUSTEE OF THE KVASSAY FAMILY TRUST DATED FEBRUARY 26, 1993; ROBERT V. KVASSAY, an individual;<br><br>                Defendant. | **Case No.: 2:12-bk-40267-DS**<br><br>**Chapter 7**<br><br>**Adversary No. 2:16-ap-01499-DS**<br><br>**Hon. Deborah J. Saltzman**<br><br>**PLAINTIFF PETER E. KVASSAY'S CORRECTED NOTICE OF MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>**DATE:   July 11, 2017**<br>**TIME:   2:00 p.m.**<br>**PLACE: United States Bankruptcy Court**<br>            **Edward R. Roybal Federal Bldg.,**<br>            **255 E. Temple St., Courtroom 1639**<br>            **Los Angeles, CA 90012** |

     Pursuant to FRCP 56, FRBP 7056, and Local Bankruptcy Rule ("LBR") 7056-1(b)(1), notice is hereby given that on July 11, 2017, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 1639 of the United States Bankruptcy Court located at 255 E. Temple Street, Los

Angeles, California 90012, plaintiff PETER EMANUEL KVASSAY ("plaintiff") will and hereby does move the Court for partial summary adjudication as to the claims in his adversary complaint for a determination of the dischargeability of debts and declaratory judgment ("motion"). Plaintiff's motion seeks a summary determination and declaration that certain pre-petition claims asserted by defendant against plaintiff as alleged in plaintiff's adversary complaint are discharged debts enumerated as follows:

(1)    claims in the amounts of $212,500 and $187,200, respectively, made on the basis of a contract executed by plaintiff and defendant on January 12, 2007 referred to by the parties as the "Working Plan;"

(2)    a $192,660 joint and several judgment against plaintiff dated December 12, 2012 arising from a debt incurred by plaintiff beginning October, 2010;

(3)    attorney's fees' and costs of $116,805.37 paid by defendant beginning July 14, 2010 which defendant is seeking to "surcharge" against plaintiff's beneficial interest in a living trust; and

(4)    loan payments of $284,114.45 paid by defendant beginning July 1, 2010 which defendant is seeking to "surcharge" against plaintiff's beneficial interest in a living trust.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, his Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith, and his

/

1 declaration filed concurrently herewith.

Dated: May 31, 2017

/s/  Troy A. Stewart
_____
TROY A. STEWART, Attorney for Plaintiff, PETER EMANUEL KVASSAY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 313 East Broadway, P.O. Box 390, Glendale, California 91209-0390

A true and correct copy of the foregoing document entitled (*specify*):

**PLAINTIFF PETER E. KVASSAY'S CORRECTED NOTICE OF MOTION FOR PARTIAL SUMMARY ADJUDICATION**

was served in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

mbrown@brown-law.com

United States Trustee (LA)
ustregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 31, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**    ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 31, 2017 | Troy A. Stewart | /s/  Troy A. Stewart |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**F 9013-3.1.PROOF.SERVICE**

**3.**     <u>**Served by Personal Delivery:**</u>

Judge Deborah J. Saltzman
Edward R. Roybal Building and Courthouse
255 Temple Street
Bin outside Suite 1639
Los Angeles, California 90012